UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-23792-CIV-DPG

PATRICIA PACHECO, JANITZA VAZQUEZ,
ENIARA LUQUEZ, MANDY RODRIGUEZ, ROBERTO
ACOSTA, YEANETTE FREER, MAGDYEL DUARTE,
and ANDREA GONZALEZ, individually

      Plaintiffs,

vs.

PORKY'S CABARET INC., d/b/a BELLAS CABARET, *et al.*

      Defendants.                                   /

**MEDIATOR'S REPORT**

DANA M. GALLUP, the undersigned certified Mediator, reports to this Honorable Court that the Mediation in the referenced case was held **February 13, 2018**, at **10:00 a.m.** The results of the mediation conference are as follows:

X     All required parties were present *or*

\_\_\_\_\_     The following required parties were not present _____

X     An Agreement was reached (parties will file the agreement for court approval).

\_\_\_\_\_     A settlement agreement was reached.

\_\_\_\_\_     No agreement was reached.

\_\_\_\_\_     A partial agreement was reached.

\_\_\_\_\_     The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

\_\_\_\_\_     The parties have agreed to continue negotiations with the assistance of the mediator. If no further Report of Mediation is filed on or before _____, the Court shall presume that NO AGREEMENT was reached.

                                      **DANA M. GALLUP, ESQ.**
                                      4000 Hollywood Boulevard
                                      Presidential Circle-Suite 265 South
                                      Hollywood, Florida 33021
                                      t:  954.894.3035; f: 954-894.8015
                                      E-Mail: dgallup@gallup-law.com

                                      By: /s/ Dana M. Gallup
                                          DANA M. GALLUP
                                          Florida Bar No.:  0949329
                                          ME No. 15976 CR
                                          Date: February 13, 2018

Copies to: Counsel/Parties of Record`